| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nutina Dillard_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Nutina Dillard_   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Nutina Peoples Dillard<br>P.O. Box 70008<br>Montgomery, AL 36107<br><br>08cv1007  OSC (6) | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0024 3153 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540